UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:23-cv-02641-TLN-KJN |
| | No. 2:23-cv-02642-TLN-KJN |
| | No. 2:23-cv-02643-TLN-KJN |
| | No. 2:23-cv-02644-TLN-KJN |
| | No. 2:23-cv-02645-TLN-KJN |
| | No. 2:23-cv-02646-TLN-KJN |
| | No. 2:23-cv-02647-TLN-KJN |
| | No. 2:23-cv-02648-TLN-KJN |
| | No. 2:23-cv-02649-TLN-KJN |
| | No. 2:23-cv-02650-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new case pleading and assign it to the

3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court

4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case

5  will be ordered dismissed and closed.  (*Id.*)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8      Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02641, 2:23-cv-02642, 2:23-

9  cv-02643, 2:23-cv-02644, 2:23-cv-02645, 2:23-cv-02646, 2:23-cv-02647, 2:23-cv-02648, 2:23-

10 cv-02649 and 2:23-cv-02650 are hereby DISMISSED.  The Clerk of the Court is directed to close

11 these cases.  No further filings will be accepted.

12     IT IS SO ORDERED.

13     Dated:  January 17, 2024

Troy L. Nunley
United States District Judge

2